**DISMISS and Opinion Filed April 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00047-CR**

**MIKHAIL DAVID LYNCH, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81327-2011**

# MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Schenck

On April 7, 2022, Mikhail David Lynch filed a motion to dismiss this appeal,

which he signed along with his counsel of record. *See* TEX. R. APP. P. 42.2(a). We

grant the motion and dismiss this appeal.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
220047F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MIKHAIL DAVID LYNCH,
Appellant

No. 05-22-00047-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 366th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 366-81327-2011.
Opinion delivered by Justice
Schenck. Justices Osborne and Smith
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered April 14, 2022